# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| **ALICE FRAZIER,** | ) <br> ) <br> ) Case No.: <br> ) <br> ) 1:18-CV-02495-WJM-KMT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff. |
| v. |
| **GINNY'S, INC.,** |
| Defendant. |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 1, 2019    By: */s/ Joseph C. Hoeffel*
                                                            Joseph C. Hoeffel, Esquire
                                                            Kimmel & Silverman, P.C.
                                                            30 E. Butler Pike
                                                            Ambler, PA 19002
                                                            Phone: (215) 540-8888
                                                            Fax: (877) 788-2864
                                                            Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph Carlo Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Caitlin C. McHugh, Esquire
Lewis Roca Rothgerber Christie LLP-Denver
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
cmchugh@lrrc.com
Attorney for Defendant

Dated: May 1, 2019         By: */s/ Joseph C. Hoeffel*
                           Joseph C. Hoeffel, Esquire
                           Kimmel & Silverman, P.C.
                           30 E. Butler Pike
                           Ambler, PA 19002
                           Phone: (215) 540-8888
                           Fax: (877) 788-2864
                           Email: jhoeffel@creditlaw.com