## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALICE FRAZIER, § | |
| § | |
| Plaintiff, § | Civil Action No. 1:18-cv-02495-WJM-KMT |
| § | |
| v. § | |
| § | |
| GINNY'S, INC., § | |
| § | |
| Defendant. § | |
| § | |
| § | |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this action with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Caitlin C. McHugh | */s/* Joseph C. Hoeffel |
| Caitlin C. McHugh, Esq. | Joseph C. Hoeffel, Esq. |
| Lewis Roca Rothgerber Christie LLP | Kimmel & Silverman, P.C. |
| One Tabor Center | 30 East Butler Pike |
| 1200 17th Street, Suite 3000 | Ambler, PA 19002 |
| Denver, CO 80202 | Phone: 215-540-8888 |
| Phone: 303-628-9588 | Fax: 215-540-8817 |
| Email: cmchugh@lrrc.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: June 19, 2019 | Date: June 19, 2019 |

BY THE COURT:

_____
J.

108454451.1

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Caitlin C. McHugh, Esq.
Lewis Roca Rothgerber Christie LLP
One Tabor Center
1200 17th Street, Suite 3000
Denver, CO 80202
Phone: 303-628-9588
Email: cmchugh@lrrc.com
Attorney for the Defendant

Dated: June 19, 2019                         By: /s/ Joseph C. Hoeffel
                                             Joseph C. Hoeffel, Esq.
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Tel: 215-540-8888
                                             Fax: 215-540-8817
                                             Email: teamkimmel@creditlaw.com
                                             Attorney for Plaintiff